UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DERRICK C. LITMAN,

              Plaintiff,

v.                                              ACTION NO. 4:19cv50

ANDREW SAUL,
Commissioner OF Social Security,

              Defendant.

**<u>FINAL ORDER</u>**

This matter comes before the court on Plaintiff's Motion for Summary Judgment, ECF No. 17, and Defendant's Cross-Motion for Summary Judgment and Memorandum in Support and in Opposition to Plaintiff's Motion for Summary Judgment. ECF Nos. 20, 21.

On July 19, 2019, This matter was referred to United States Magistrate Judge Lawrence R. Leonard, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

The United States Magistrate Judge's Report and Recommendation ("R&R"), was filed on July 2, 2020. ECF No. 22. The R&R recommends that Plaintiff's Motion for Summary Judgment, be denied, Defendant's Motion for Summary Judgment be granted,

the final decision of the Commissioner be affirmed, and the matter be dismissed with prejudice.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days of the date of service of the R&R to the objecting party. See id. at 18-19. No objections were filed.

The court, having reviewed the record in its entirety, does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, filed on July 22, 2020. ECF No. 22. Accordingly, Plaintiff's Motion for Summary Judgment is **DENIED**, and Defendant's Motion for Summary Judgment is **GRANTED**. The decision of the Commissioner is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in favor of Defendant and close the case on this court's docket. The Clerk is **DIRECTED** to send a copy of this Final Order to the Plaintiff and counsel for the Defendant.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

July 22, 2020